# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ABRAHAM RAMIREZ,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:05-cv-529-Orl-KRS**

**EDEN SITE DEVELOPMENT, INC., SANDREMA COPR., MARYON GUCAILO, ANDRE GUCALIO, SAMUEL GUCAILO, MAURICIO GUCAILO**

        **Defendants.**

_____

## ORDER OF DISMISSAL

The parties have filed a Joint Stipulation for Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a). Doc. No. 23. Accordingly, it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice**, each party to bear its own attorney's fees and costs. The Clerk of Court is directed to close the file.

**DONE** and **ORDERED** in Orlando, Florida on May 31, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties